## Paul I. Muschelewicz, Defendant in Error, v. Paul M. Kamradt et al., Plaintiffs in Error.

### Gen. No. 23,029.    (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. DANIEL W. MADDOX, Judge, presiding. Heard in this court at the March term, 1917. Reversed and remanded. Opinion filed July 2, 1917.

## Statement of the Case.

Petition for writ of mandamus by Paul I. Muschelewicz, petitioner, against Paul M. Kamradt, the City of West Hammond, its city clerk and board of local improvements, to compel the issue of vouchers to petitioner against the first instalment of certain special assessment funds for services in spreading assessments. From an order granting a peremptory writ of mandamus, defendants bring error.

SHEPARD, MCCORMICK, THOMASON, KIRKLAND & PATTERSON, for plaintiffs in error; PERRY S. PATTERSON, of counsel.

SAMUEL K. MARKMAN, for defendant in error.

MR. JUSTICE DEVER delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. MANDAMUS, § 1*—*when writ of, will not issue.* A writ of mandamus will not issue where the party seeking such writ has not proved his right thereto by clear and satisfactory evidence.

2. MUNICIPAL CORPORATIONS, § 146*—*when illegality of appointment precludes recovery of compensation.* Where a city attorney illegally appoints a person to spread assessments even though such appointment is ratified by the city, there is no legal contract existing under which there can be a recovery for any specific sum for services rendered.